422 A.2d 701

Commonwealth v. Walborn, Appellant.

Submitted March 12, 1979. Bruce D. Forman, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Order affirmed.

LIPEZ, J., concurred in the result.